SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT
## INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

      2. Case Administrator

FROM:   Financial Administrator

UC

DATE: 2/13/2013

CASE NAME: Coulter

CASE NUMBER: 06-26134-JKF

---

Check Number 831584 in the amount of $ 201.79 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 5978     Intake Clerk's Initials DRB

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE
02/08/2013

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: STEVEN D. COULTER
DENICE E. COULTER
Case No: 06-26134F

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Christopher M Cuddy Cpa
4143 Brownsville Rd
Pittsburgh, PA 15227

CHECK NUMBER 831584     AMOUNT $201.79

The disbursement(s) was returned to the Trustee for the following reason:

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: MICHAEL J HENNY ESQ
STEVEN D. COULTER
DENICE E. COULTER
Christopher M Cuddy Cpa